Fill in this information to identify the case:

Debtor name: Cam Huong, Inc.
United States Bankruptcy Court for the: Northern District of CA (State)
Case number (If known): 18-42291

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1: Income

**1. Gross revenue from business**

☐ None

Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year

| | | Sources of revenue (Check all that apply) | Gross revenue (before deductions and exclusions) |
|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From 01/1/2018 to Filing date 9/28/2018 | ☒ Operating a business<br>☐ Other _____ | $ 933,913 |
| For prior year: | From 01/1/2017 to 12/31/2017 | ☒ Operating a business<br>☐ Other _____ | $ 1,480,131 |
| For the year before that: | From 01/1/2016 to 12/31/2016 | ☒ Operating a business<br>☐ Other _____ | $ 1,514,497 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None

| | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From _____ to Filing date | _____ | $ _____ |
| For prior year: | From _____ to _____ | _____ | $ _____ |
| For the year before that: | From _____ to _____ | _____ | $ _____ |

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page 1

Case: 18-42291    Doc# 17    Filed: 10/14/18    Entered: 10/14/18 01:39:54    Page 1 of 4

Debtor  Cam Huong, Inc.                                Case number (if known) 18-42291
        Name

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.1. | D&T<br>1261 Martin Ave<br>Santa Clara  CA  95050 | 8/10/18<br>8/23/18<br>9/1/18 | $ 20,790.10 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | C&J<br>155 98th Ave<br>Oakland  CA  94603 | 8/23/18<br>9/11/18 | $ 15,539.73 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Insider's name<br>Street<br>City  State  ZIP Code<br>Relationship to debtor | | $ | |
| 4.2. | Insider's name<br>Street<br>City  State  ZIP Code<br>Relationship to debtor | | $ | |

Official Form 207      Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      page 2

Case: 18-42291   Doc# 17   Filed: 10/14/18   Entered: 10/14/18 01:39:54   Page 2 of 4

Debtor  Cam Huong, Inc.  Case number (if known) 18-42291
         Name

### 5. Repossessions, foreclosures, and returns
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $ |
| 5.2. | | | | $ |

### 6. Setoffs
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | $ |

Last 4 digits of account number: XXXX–__ __ __ __

## Part 3: Legal Actions or Assignments

### 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Gonzales v. Cam Huong | Labor Related | Alameda Superior Court<br>1225 Fallen Street<br>Oakland, CA 94612 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number: RG18892554 | | | |
| 7.2. | | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

Official Form 207  Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  page 3

Case: 18-42291   Doc# 17   Filed: 10/14/18   Entered: 10/14/18 01:39:54   Page 3 of 4

Debtor  Cam Huong, Inc.  Case number (if known) 18-42291
       Name

## 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| Custodian's name | | $ |
| Street | Case title | Court name and address |
| | | Name |
| City  State  ZIP Code | Case number | Street |
| | Date of order or assignment | City  State  ZIP Code |

## Part 4: Certain Gifts and Charitable Contributions

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Stewart Chen | Fundraiser | 8/22/18 | $ 1000 |
| Recipient's name | | | |
| 212 9th St. #103 | | | |
| Street | | | |
| Oakland, CA 94607 | | | |
| City  State  ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| 9.2. Recipient's name | | | $ |
| Street | | | |
| City  State  ZIP Code | | | |
| Recipient's relationship to debtor | | | |

## Part 5: Certain Losses

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss

If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.

List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|
| | | | $ |

Official Form 207  Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  page 4