| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Eugene Yamamoto | | 9/26/18 | $ 106,717 |

Address

Street
P.O. Box 1084
Lafayette, CA  94549
City                    State        ZIP Code

Email or website address
geney63law@gmail.com

Who made the payment, if not debtor?

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |

Address

Street

City                    State        ZIP Code

Email or website address

Who made the payment, if not debtor?

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |

Trustee

Case: 18-42291   Doc# 17-1   Filed: 10/14/18   Entered: 10/14/18 01:39:54   Page 1 of
5

## 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Mike Vo | Legal Services | 06/1/17 06/19/17 12/8/17 | $ 12000 |
| | **Address** 17910 Skypark Circle #103 Street | | | |
| | Irvine, CA 92614 City          State    ZIP Code | | | |
| | **Relationship to debtor** Attorney | | | |
| 13.2. | Who received transfer? Wendel Rosen | Legal Services | 04/7/17 12/27/17 | $ 5363.99 |
| | **Address** 1111 Broadway Street | | | |
| | Oakland, CA 94607 City          State    ZIP Code | | | |
| | **Relationship to debtor** Attorney | | | |

## Part 7:    Previous Locations

## 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy | | |
|---|---|---|---|---|
| 14.1. | 920 Webster St Street | From 1986 | To | 9/30/18 |
| | Oakland, CA 94607 City          State    ZIP Code | | | |
| 14.2. | Street | From | To | |
| | City          State    ZIP Code | | | |

Case: 18-42291    Doc# 17-1    Filed: 10/14/18    Entered: 10/14/18 01:39:54    Page 2 of 5

Additional Page Form Official Form 207

| | | | |
|---|---|---|---|
| 13.3 | Fisher Phillips<br>Attorney<br>One Embarcadero Center #2050<br>San Francisco, CA 94111 | 8/26/18 | $ 36,296.21 |
| 13.4 | Fisher Phillips<br>Special Consultant<br>One Embarcadero Center #2050<br>San Francisco, CA 94111 | 8/18/18 | $ 2125 |
| 13.5 | Alameda Superior Court<br>Appeal Surety<br>One Embarcadero Center #2050<br>San Francisco, CA 94111 | 9/15/17 | $ 28,955.11 |
| 13.6 | Dan Crowley<br>Legal Services<br>601 Montgomery St. #333<br>San Francisco, CA 94111 | 9/24/18 | $ 30,000 |

## Part 8:    Health Care Bankruptcies

**15. Health Care bankrupties**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| **15.1.** _____<br>Facility name<br><br>_____<br>Street<br><br>_____<br>City   State   ZIP Code | _____<br>_____<br><br>Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.<br>_____<br>_____ | _____<br><br><br>**How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |
| **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
| **15.2.** _____<br>Facility name<br><br>_____<br>Street<br><br>_____<br>City   State   ZIP Code | _____<br>_____<br><br>Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.<br>_____<br>_____ | _____<br><br><br>**How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.

☐ Yes. State the nature of the information collected and retained. _____

       Does the debtor have a privacy policy about that information?

       ☐ No

       ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.

    Yes. Does the debtor serve as plan administrator?

       ☐ No. Go to Part 10.

       ☐ Yes. Fill in below:

          Name of plan                                   Employer identification number of the plan

          _____     EIN: __ __ - __ __ __ __ __ __ __

          Has the plan been terminated?

       ☐ No

       ☐ Yes

Case: 18-42291    Doc# 17-1    Filed: 10/14/18    Entered: 10/14/18 01:39:54    Page 4 of 5

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | XXXX–__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | XXXX–__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | _____<br>_____<br>_____<br>Address<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | _____<br>_____<br>_____<br>Address<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

Case: 18-42291   Doc# 17-1   Filed: 10/14/18   Entered: 10/14/18 01:39:54   Page 5 of 5